## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/FLN) |
| This Document Relates to<br><br>Debra Langan,<br><br>Plaintiff,<br><br>v.     Civil No. 14-523 (DWF/FLN)<br><br>Howmedica Osteonics d/b/a Stryker Orthopaedics, Stryker Corp., Stryker Sales Corporation, and Stryker Ireland Limited,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the parties' Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed on July 7, 2014 (Civil No. 14-523 (DWF/FLN), Doc. No. [23]),[1]

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 14, 2014          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge

---

[1] Counsel filed the Stipulation of Voluntary Dismissal in the individual case (Civil No. 14-523 (DWF/FLN), Doc. No. 23). The stipulation should also have been filed in the master case, MDL No. 13-2441 (DWF/FLN).